UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AUTO WAREHOUSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELLE PLACEMENT INC., *et al.*, <br><br> Defendants. | CASE NO. C22-5072-LK <br><br> MINUTE ORDER RENOTING PENDING MOTION |

The following Minute Order is made by direction of the Court, the Honorable Lauren J. King, United States District Judge:

(1) The Court renotes Defendants' Motion to Quash Deposition, Dkt. No. 18, to May 6, 2022. After Defendants filed that motion, they filed a notice to withdraw it on April 7, 2022. Dkt. No. 23. Defendants then notified the Court on April 19, 2022 that they had filed the notice to withdraw the motion in error, and they reinstated the motion. Plaintiff did not file a response to the motion, which may be because it believed that the motion had been withdrawn pursuant to the

MINUTE ORDER RENOTING PENDING MOTION - 1

notice of withdrawal. Therefore, the Court renotes the motion to allow Plaintiff sufficient time to respond to it pursuant to Local Civil Rule 7.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 19th day of April, 2022.

Ravi Subramanian  
Clerk

/s/Natalie Wood  
Deputy Clerk