THE HONORABLE LAUREN KING

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AUTO WAREHOUSING COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELLE PLACEMENT, INC. d/b/a GOLDEN GATE STAFFING, LORI SCHAEFFER, an Individual and in her own capacity as Owner, Director, Chief Executive Office, and Chief Financial Officer of ELLE PLACEMENT, INC., and DOES 1-100,<br><br>Defendant. | Case No.: 3:22-cv-5072-LK<br><br>**STIPULATION TO TRANSFER CASE** |

COMES NOW the parties, plaintiff Auto Warehousing Company, Inc. and defendants Elle Placement, Inc. d/b/a Golden Gate Staffing, Lori Schaeffer, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1404(b) hereby stipulate as follows:

1.

The parties agree to transfer this action to the United States District Court for the Eastern District of California at Sacramento.

2.

WHEREFORE, the Parties respectfully request that this Court enter an Order Approving this Stipulation, transferring venue of this matter to the United States District Court for the Eastern District of California at Sacramento.

STIPULATION AND ORDER OF TRANSFER - 1
Case No. 3:22-cv-5072-LK

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

DATED this Friday, May 20, 2022.

BAUER MOYNIHAN & JOHNSON LLP

*/s/ Donald McLean*
Donald McLean WSBA No. 24158
*/s/Matthew Malouf*
Matthew Malouf, WSBA No. 51674
Attorneys for Elle Placement, Inc. and Lori Schaeffer
2101 Fourth Avenue, Suite 2400
Seattle, WA  98121
Telephone: (206) 443-3400
Fax: (206) 448-9076
E-mail: dkmclean@bmjlaw.com
           mmalouf@bmjlaw.com


DLA PIPER LLP (US)

/s/ Anthony Todaro
/s/ Joseph A. Piesco
Anthony Todaro, WSBA No. 30391
Joseph A. Piesco, (*pro hac vice*)
Attorneys for Plaintiff


SCHWABE WILLAIMSON & WYATT

/s/ Christopher Howard
/s/ Jayme Mori
Christopher Howard, WSBA No.
Jayme Mori, WSBA No.
Attorneys for Plaintiff

STIPULATION AND ORDER OF TRANSFER
- 2
Case No.  3:22-cv-5072-LK

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206) 443-3400

## ORDER

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court on Parties' Stipulation for Transfer of Venue, and the Court having considered said stipulation, hereby ORDERS Parties' Stipulation GRANTED.

IT IS FURTHER ORDERED that this case is hereby TRANSFERRED to the United States District Court for the Eastern District of California at Sacramento.

DATED this _____ day of _____, 2022.

_____
THE HONORABLE LAUREN KING

STIPULATION AND ORDER OF TRANSFER - 3
Case No. 3:22-cv-5072-LK

CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the State of Washington that on May 20, 2022, I electronically served the above document using the PACER E-File system which will send notification of such filing to the below counsel, and by the additional methods indicated:

| **Attorneys for Plaintiff** | [x] MAIL |
| --- | --- |
| Anthony Todaro | [ ] FACSIMILE |
| Joseph A. Piesco | [ ] HAND DELIVERY |
| DLA Piper LLP (US) | [x] E-MAIL |
| 701 Fifth Avenue, Suite 6900 | |
| Seattle, Washington 98104 | |
| Phone: (206) 839-4800 | |
| Fax: (206) 839-4801 | |
| anthony.todaro@us.dlapiper.com | |
| joseph.piesco@dlapiper.com | |
| cristina.guido@dlapiper.com | |

| Christopher J. Howard | [x] MAIL |
| --- | --- |
| Jayme N. Mori | [ ] FACSIMILE |
| Schwabe, Williamson & Wyatt, P.C. | [ ] HAND DELIVERY |
| | [x] E-MAIL |
| 1420 5th Avenue, Ste. 3400 | |
| Seattle, Washington 98101 | |
| Phone: (206) 622-1711 | |
| choward@schwabe.com | |
| jmori@schwabe.com | |

/s/ Sophia Stanley
Sophia Stanley
E-mail: sstanley@bmjlaw.com

STIPULATION AND ORDER OF TRANSFER - 4
Case No. 3:22-cv-5072-LK

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400