1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

AUTO WAREHOUSING COMPANY,
INC.,

CASE NO. C22-5072-LK

12

Plaintiff,

ORDER GRANTING STIPULATED
MOTION TO TRANSFER

13

v.

14

ELLE PLACEMENT INC., *et al.*,

15

Defendants.

16

17

    This matter comes before the Court on the parties' stipulated motion to transfer this case

to the United States District Court for the Eastern District of California at Sacramento. Dkt. No.

18

28. The parties request the transfer pursuant to 28 U.S.C. § 1404(b), which provides that "[u]pon

19

motion, consent or stipulation of all parties, any action, suit or proceeding of a civil nature or any

20

motion or hearing thereof, may be transferred, in the discretion of the court, from the division in

21

which pending to any other division in the same district." Transfer is not appropriate under that

22

section because the parties are not seeking a transfer to another division in the same district; they

23

seek a transfer to another district. Dkt. No. 28 at 1.

24

ORDER GRANTING STIPULATED MOTION TO TRANSFER - 1

1    However, based on the substance of the parties' stipulation and proposed order, it appears

2    that they intended to request transfer under 28 U.S.C. § 1404(a), which provides that "[f]or the

3    convenience of parties and witnesses" and "in the interest of justice," a district court "may transfer

4    any civil action to any other district or division where it might have been brought or to any district

5    or division to which all parties have consented." Because the parties have consented by stipulation

6    to transfer this case to the United States District Court for the Eastern District of California at

7    Sacramento, Dkt. No. 28, the Court may transfer the case there. *Atl. Marine Constr. Co. v. United*

8    *States Dist. Court*, 571 U.S. 49, 59 (2013) (explaining that Section 1404(a) permits transfer to any

9    district where venue is proper "or to any other district to which the parties have agreed by contract

10   or stipulation.").

11   Accordingly, the Court GRANTS the stipulated motion, Dkt. No. 28. The Clerk shall

12   transfer this case to the United States District Court for the Eastern District of California at

13   Sacramento.

14

15   Dated this 31st day of May, 2022.

16

17   _____
     Lauren King
     United States District Judge

18

19

20

21

22

23

24

ORDER GRANTING STIPULATED MOTION TO TRANSFER - 2