

# United States District Court
# Eastern District of California

| AUTO WAREHOUSING COMPANY, INC. | Case Number: 2:22-cv-00946-TLN-CKD |
|---|---|
| Plaintiff(s) | |
| V. | |
| ELLE PLACEMENT, INC., ET AL. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Cynthia S. Park hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Auto Warehousing Company, Inc.

On 06/24/2011 (date), I was admitted to practice and presently in good standing in the Supreme Court and all Courts of Washington (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/18/2022    Signature of Applicant: /s/ Cynthia S. Park

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Cynthia S. Park |
| Law Firm Name: | Schwabe, Williamson & Wyatt, P.C. |
| Address: | 1420 5th Avenue, Suite 3400 |
| City: | Seattle    State: WA    Zip: 98101 |
| Phone Number w/Area Code: | (206) 407-1542 |
| City and State of Residence: | Seattle, Washington |
| Primary E-mail Address: | cpark@schwabe.com |
| Secondary E-mail Address: | btaylor@schwabe.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jeff R. Keohane |
| Law Firm Name: | Schwabe, Williamson & Wyatt, P.C. |
| Address: | 455 N. Whisman Road, Suite 200 |
| City: | Mountain View    State: CA    Zip: 94043 |
| Phone Number w/Area Code: | (650) 396-1406    Bar #: 190201 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 18, 2022

_____
JUDGE, U.S. DISTRICT COURT

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION | BAR NO. 58012 |
| OF | **CERTIFICATE** |
| CYNTHIA SUE-JIN PARK | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | **GOOD STANDING** |

_____

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**CYNTHIA SUE-JIN PARK**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 24, 2021, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 29th day of July, 2022.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court