JEFF R. KEOHANE (CSB #190201)
E-mail: jkeohane@schwabe.com
STEPHANIE P. BERNTSEN (CSB #209225)
E-mail: sberntsen@schwabe.com
CYNTHIA S. PARK (WSBA #58012)
E-mail: cpark@schwabe.com
**SCHWABE, WILLIAMSON & WYATT, P.C.**
455 N. Whisman Rd., Ste. 200
Mountain View, CA 94043

Attorneys for Plaintiff
Auto Warehousing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AUTO WAREHOUSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELLE PLACEMENT, INC. d/b/a GOLDEN GATE STAFFING, LORI SCHAEFFER, an Individual and in her capacity as Owner, Director, Chief Executive Officer, and Chief Financial Officer of ELLE PLACEMENT, INC., and DOES 1-100, <br><br> Defendants. | Case No.: 2:22-cv-00946-TLN-CKD <br><br> **ORDER ON JOINT NOTICE OF TRIAL READINESS AND MOTION FOR MODIFICATION OF PRETRIAL DEADLINES** |

Plaintiff Auto Warehousing Company, Inc. and Defendants Elle Placement, Inc., a corporation; Lori Schaeffer, an individual; ("Elle") stipulate to a Motion for Modification of Pretrial Deadlines pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 16(b) filed on April 27, 2023 (ECF 52). The following modifications are GRANTED:

| Deadline | New Deadline Requested by Parties |
|---|---|
| Discovery | November 10, 2023 |

ORDER ON JOINT NOTICE OF TRIAL READINESS AND
MOTION FOR MODIFICATION OF PRETRIAL DEADLINES

| Initial Expert Disclosures | September 29, 2023 |
|---|---|
| Supplemental Expert Disclosures | October 27, 2023 |
| File Dispositive Motions | January 12, 2024 |

**IT IS SO ORDERED.**

DATED:  May 3, 2023

_____
Troy L. Nunley
United States District Judge